**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1978**

TOI HORN,

>    Debtor - Appellant,

>    v.

TIEHI PROPERTY, LLC; HAMEEDUALLAH VIRK; SETERUS, INC.;
FEDERAL NATIONAL MORTGAGE ASSOCIATION, "Fannie Mae,"

>    Creditors - Appellees,

>    and

STEVEN H. GREENFELD,

>    Trustee - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Paul W. Grimm, District Judge.  (8:19-cv-03026-PWG)

Submitted:  February 22, 2021                  Decided:  March 3, 2021

Before AGEE and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Toi Horn, Appellant Pro Se. Elizabeth Marian Abood-Carroll, ORLANS PC, Troy, Michigan, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toi Horn appeals the district court's order dismissing her appeal from the bankruptcy court's order granting Horn a discharge in her Chapter 7 bankruptcy proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Horn v. Tiehi Prop.*, *LLC*, No. 8:19-cv-03026-PWG (D. Md. Aug. 31, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*